46 F.3d 1118
 Resort Development Corporation
v.
Perini Corporation v. Joseph Fabi, Inc. v. Labov Mechanical
Contractors v. Metalan Erectors, Inc., Portogallo (Joseph),
Invenors in Camden, New Jersey, Miele (Gaetano, Dorothy),
Cheripka (Marguerite), Estate of Cheripka (James), Hastings
(Kent P., Joanne M.)
 NO. 94-5021
 United States Court of Appeals,
Third Circuit.
 Dec 29, 1994
 Appeal From: D.N.J., No. 90-cv-00189
 
 1
 AFFIRMED; APPEAL DISMISSED.